Michael Louis Kelly - State Bar No. 82063
mlk@kirtlandpackard.com
Behram V. Parekh - State Bar No. 180361
bvp@kirtlandpackard.com
Heather M. Peterson - State Bar No. 261303
hmp@kirtlandpackard.com
KIRTLAND & PACKARD LLP
2041 Rosecrans Avenue
Third Floor
El Segundo, California 90245
Telephone: (310) 536-1000
Facsimile: (310) 536-1001

*Counsel for Plaintiff and all
others similarly situated*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORGAN PIERCE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FRENCH TRANSIT, LTD., a California Corporation, and DOES 1-10, inclusive,<br><br>Defendant. | Case No.: 4:12-cv-01943-YGR<br><br>**CLASS ACTION**<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>**[FRCP 41(a)(1)(A)]** |

02291-00001  154678.01

NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff Morgan Pierce dismisses this entire action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the dismissal can be accomplished without a court order because no answer or motion for summary judgment has been served by Defendant.

DATED: July 12, 2012                              KIRTLAND & PACKARD LLP

                                                  By:   /s/ Heather M. Peterson
                                                        MICHAEL LOUIS KELLY
                                                        BEHRAM V. PAREKH
                                                        HEATHER M. PETERSON
                                                        *Counsel for Plaintiff and All Others Similarly situated*